United States District Court
Southern District of Texas
**ENTERED**
October 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Avidic Senjid, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-03141 |
| | § | |
| William Barr, | § | |
| U.S. Attorney General, et al. | § | |
|    Respondents. | § | |

Memorandum and Recommendation

Avidic Senjid filed his petition for writ of habeas corpus on September 5, 2018, seeking release from Department of Homeland Security ("DHS") custody under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (D.E. 1.)

On October 18, 2018, Senjid was released from DHS custody and removed from the United States. (D.E. 11.) Although he was in "custody" for purposes of 28 U.S.C. § 2241 when he filed his petition, his release renders his petition moot. *See Sosa v. United States*, 504 F. App'x 353, 353–54 (5th Cir. 2013) (unpublished); *see also Avulov v. Bureau of Immigration & Customs Enf't*, No. CV B-07-227, 2008 WL 11388552, at *2 (S.D. Tex. May 27, 2008), *report and recommendation adopted*, No. CV B-07-227, 2008 WL 11388558 (S.D. Tex. June 18, 2008). Therefore, the court recommends that Senjid's petition be dismissed.

Because the court is recommending that Senjid's petition be dismissed as moot, he is not a prevailing party and cannot recover attorney's fees. *Ward v. Dearman*, 626 F.2d 489, 492 (5th Cir. 1980);

*see Dunster Live, LLC v. LoneStar Logos Management Co.*, 908 F.3d 948, 951 (5th Cir. 2018). Further, "attorney's fees simply are not available to pro se litigants under the Equal Access to Justice Act." *Hexamer v. Foreness*, 997 F.2d 93, 94 (5th Cir. 1993).

The parties have fourteen days from service of this memorandum and recommendation to file written objections. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on October ___7___, 2019.

_____
Peter Bray
United States Magistrate Judge