UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Avidic Senjid, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-18-3141 |
| | § | |
| William Barr, | § | |
| U.S. Attorney General, et al., | § | |
|     Respondent. | § | |

## Order of Adoption

On October 7, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (12) recommending that the court deny Avidic Senjid's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed November 13, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge